**UNITED STATES of America, Plaintiff–Appellee**

v.

**Michael SERNA, Defendant–Appellant.**

No. 06–51698
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 3, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Donna F. Coltharp, Federal Public Defender's Office, Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, DAVIS, and WIENER, Circuit Judges.

28

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Michael Serna presents arguments that he concedes are foreclosed by *United States v. Rawls*, 85 F.3d 240, 242–44 (5th Cir.1996), which rejected a Commerce Clause challenge to the felon-in-possession-of-a-firearm statute, 18 U.S.C. § 922(g). *See United States v. Daugherty*, 264 F.3d 513, 518 (5th Cir.2001). Although Serna argued in a supplemental brief that his prior Texas convictions for delivery of cocaine are not controlled substance offenses, he has since supplemented the record with documents that he concedes establish that the convictions are controlled substance offenses. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.